PARKWOOD VILLA, INC., APPELLANT, *v.* CUYAHOGA COUNTY AUDITOR, APPELLEE.

(No. 41260—Decided March 13, 1968.)

*Messrs. Kahn, Kleinman, Yanowitz & Annan, Mr. Neil Kurit,* and *Mr. Fred Siegel,* for appellant.

*Mr. John T. Corrigan,* prosecuting attorney, and *Mr. Thomas P. Cyrus,* for appellee. .

*Per Curiam.* The applicant is not entitled to remission of taxes and penalties under the clear language of Section 5713.08 of the Revised Code. The decision of the Board of Tax Appeals is affirmed on the authority of *Lincoln Memorial Hospital, Inc.,* v. *Warren, Auditor,* 13 Ohio St. 2d 109.

*Decision affirmed.*

ZIMMERMAN, MATTHIAS, O'NEILL, HERBERT and BROWN, JJ., concur.

TAFT, C. J., concurs in the judgment.